THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM DAMBROSIO, Appellant, *v.* J. F. MCNEILL, as Superintendent of the Institution for Male Defective Delinquents, Napanoch, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

Argued May 26, 1942; decided June 18, 1942.

*Gustave Blaustein* for appellant.

*John J. Bennett, Jr., Attorney-General* (*Bernard L. Alderman* and *Patrick H. Clune* of counsel), for respondents.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.